THE STATE EX REL. ALLIED/EGRY BUSINESS SYSTEMS, INC., A.K.A. SHADE ALLIED, APPELLEE, *v.* SEYMOUR, APPELLANT.

[Cite as *State ex rel. Allied/Egry Business Sys., Inc. v. Seymour* (1998), 83 Ohio St.3d 518.]

(No. 98–665—Submitted September 15, 1998—Decided November 10, 1998.)

*Arter & Hadden L.L.P., Douglas M. Bricker* and *Shane M. Dawson,* for appellee.

*Gibson & Robbins–Penniman* and *Corrine S. Carman,* for appellant.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., dissent.

F.E. SWEENEY, J., dissents and would reverse the judgment of the court of appeals.

---

ALICE ROBIE RESNICK, J., dissenting. I would reverse the judgment of the court of appeals and deny the writ.

DOUGLAS, J., concurs in the foregoing dissenting opinion.